UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHYLLIS TATE,** | : |
| **Plaintiff,** | : |
| v. | : Civ. Action No. 08-00145(JR) |
| **DISTRICT OF COLUMBIA,** | : |
| **Defendant.** | : |

## DEFENDANT'S ANSWER TO COMPLAINT

(Paragraph numbers below correspond to the paragraph numbers in the complaint.)

1. Sentence one is a characterization of the action to which no response is required. If a response is required, then the same is denied. Sentence two is Plaintiff's rationale for filing this action to which no response is required. If a response is required, then the same is denied.

2. These allegations are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

3. Admitted as to sentence one. The October 26, 2007, Hearing Officer's Determination ("HOD") speaks for itself. The allegations in sentence two are the pleader's interpretation of the HOD to which no response is required. If a response is required, then the same are denied.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. The August 14, 2007, due process complaint speaks for itself. These allegations are the pleader's interpretation of the due process complaint to which no response is required. If a response is required, then the same are denied.

9. Admitted.

10. The October 17, 2007, Hearing Transcripts speak for themselves. These allegations are the pleader's recollection of what occurred during the hearing to which no response is required. If a response is required, then the same are denied.

11. The October 17, 2007, Hearing Transcripts speak for themselves. These allegations are the pleader's recollection of what occurred during the hearing to which no response is required. If a response is required, then the same are denied.

12. The October 17, 2007, Hearing Transcripts speak for themselves. This allegation is the pleader's recollection of what occurred during the hearing to which no response is required. If a response is required, then the same is denied.

13. Defendants lack knowledge and information sufficient to enable them to answer this allegation at this time.

14. The HOD speaks for itself. This allegation is the pleader's interpretation of the HOD to which no response is required. If a response is required, then the same is denied.

15. The HOD speaks for itself. These allegations are the pleader's interpretation of the HOD to which no response is required. If a response is required, then the same are denied.

Defendants deny each and every allegation set forth in the complaint not specifically admitted herein.

## FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a claim upon which relief may be granted.

SECOND AFFIRMATIVE DEFENSE

The decision of the hearing officer at issue is supported by substantial evidence, is in accordance with the applicable law, and should be affirmed by this Court as a matter of law.

           Respectfully submitted,

           PETER J. NICKLES
           Interim Attorney General for the District
            of Columbia

           GEORGE C. VALENTINE
           Deputy Attorney General
           Civil Litigation Division

           */s/ Edward P. Taptich*_____
           EDWARD P. TAPTICH (012914)
           Chief, Equity Section 2

           /s/ *Veronica A. Porter*_____
           VERONICA A. PORTER (412273)
           Assistant Attorney General
           441 4th St., N.W., Sixth Floor South
           Washington, D.C. 20001
           (202) 724-6651
           (202) 727-3625 (facsimile)
           veronica2.porter@dc.gov

**February 13, 2008**