UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHYLLIS TATE,** : <br> : <br> **Plaintiff,** : <br> : <br> v.   : <br> : <br> **DISTRICT OF COLUMBIA,** : <br> : <br> **Defendant.** : <br> : | Civ. Action No. 08-00145(JR) |

**JOINT MOTION FOR CONSENT JUDGMENT**

In accordance with Rule 54 of the Federal Rules of Civil Procedure, the parties to this action respectfully move this Court for entry of a Consent Judgment. The parties have resolved all issues with respect to the Plaintiffs' complaint.

The parties have agreed to the form of a proposed Order, a copy of which is attached hereto. The parties consent to the entry of the proposed Order, and request that Judgment be entered by the Clerk.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District
 of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Chief, Equity Section 2

/s/ *Veronica A. Porter*
VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov
**ATTORNEYS FOR DEFENDANT**


/s/ Douglas Tyrka
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave., NW, Suite 400
Washington, D.C.  20009
Phone:  (202) 265-4260
Fax:  (202) 265-4264
Email: tyrka@tyrkalaw.com

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHYLLIS TATE, | : |
|  | : |
| Plaintiff, | : |
|  | : |
| v. | : Civ. Action No. 08-00145(JR) |
|  | : |
| DISTRICT OF COLUMBIA, | : |
|  | : |
| Defendant. | : |

**CONSENT JUDGMENT**

Upon consideration of the Joint Motion for Consent Judgment filed May ___, 2008, entry of this judgment will fully settle all claims made by Plaintiff in her complaint herein, and the parties having consented to this Order, it is, this _____ day of _____, 2008:

**ORDERED,** that the District of Columbia Public Schools ("DCPS") will schedule a multidisciplinary team ("MDT") meeting for X.T. within 10 days from the date of this Order; it is

**FURTHER ORDERED**, that at the MDT meeting DCPS shall discuss an award of compensatory education, and if warranted, shall develop a compensatory education plan for X.T. to compensate him for their failure to provide him a free appropriate public education during the 2007-2008 school year; it is

**FURTHER ORDERED**, that Plaintiff is awarded $4,350.00 as payment for reasonable attorney's fees and costs; it is

**FURTHER ORDERED**, that Defendant shall pay Plaintiff $4,350.00 within 60 days from the date of this Order.

2

_____
United States District Judge

2