UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYLLIS TATE, | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 08-00145(JR) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

**FILED**
MAY 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CONSENT JUDGMENT

Upon consideration of the Joint Motion for Consent Judgment filed May 5, 2008, entry of this judgment will fully settle all claims made by Plaintiff in her complaint herein, and the parties having consented to this Order, it is, this 5th day of May, 2008:

**ORDERED,** that the District of Columbia Public Schools ("DCPS") will schedule a multidisciplinary team ("MDT") meeting for X.T. within 10 days from the date of this Order; it is

**FURTHER ORDERED,** that at the MDT meeting DCPS shall discuss an award of compensatory education, and if warranted, shall develop a compensatory education plan for X.T. to compensate him for their failure to provide him a free appropriate public education during the 2007-2008 school year; it is

**FURTHER ORDERED,** that Plaintiff is awarded $4,350.00 as payment for reasonable attorney's fees and costs; it is

**FURTHER ORDERED,** that Defendant shall pay Plaintiff $4,350.00 within 60 days from the date of this Order.

JAMES ROBERTSON
United States District Judge